UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORI K. MOWBRAY,

    Plaintiff,

vs.                                                  Case No.:   98-1701-CIV-T-25

LINCARE INC., a Delaware
Corporation,

    Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The undersigned, attorneys of record for the parties herein, hereby stipulate to a Dismissal with Prejudice of all of the parties of the above styled matter pursuant to Rule 41 of the Federal Rules of Civil Procedure, and state that this cause has been amicably settled and that all parties shall bear their own costs, expenses and attorneys' fees.

Dated: 9-13-99

_____
RICHARD A. BOKOR
Florida Bar # 106580
230 East Davis Boulevard
Tampa, Florida 33606
(813) 251-1000
Attorney for Plaintiff

Dated: 9/30/99

_____
MARK A. HANLEY
Florida Bar #: 328405
THOMPSON, SIZEMORE & GONZALEZ, P.A.
109 N. Brush Street, Suite 200
Post Office Box 639
Tampa, Florida 33601
(813) 273-0050
Attorney for Defendant

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORI K. MOWBRAY,

    Plaintiff,

vs.                                          Case No.: 98-1701-CIV-T-25

LINCARE INC., a Delaware
Corporation,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE coming on before the undersigned upon the above Stipulation for Dismissal with Prejudice, and the Court, having reviewed the above stipulation executed by the parties' attorneys of record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the above-styled cause be dismissed with prejudice.

DONE AND ORDERED in Chambers, in Tampa, Florida, on this _____ day of _____, 1999

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Richard A. Bokor, Esquire
Mark A. Hanley, Esquire